IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**DEBORAH PLUM,**                               08-CV-6121-HU

          **Plaintiff,**                    ORDER

v.

**MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,**

          **Defendant.**


**ALLAN H. COONS
JULIANNA COONS**
Coons & Coons
P.O. Box 11650
Eugene, OR 97440
(541) 345-4499

      Attorneys for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**ADRIAN L. BROWN**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
(503) 727-1000

1  - ORDER

**DAVID MORADO**
Office of the General Counsel
**DAVID M. BLUME**
**KATHRYN ANN MILLER**
**THOMAS M. ELSBERRY**
Special Assistant United States Attorneys
701 Fifth Avenue, Suite 2900 MS/901
Seattle, WA  98104
(206) 615-2271

      Attorneys for Defendant

**BROWN, Judge.**

    Magistrate Judge Dennis James Hubel issued Findings and Recommendation (#22) on August 13, 2009, in which he recommends the Court affirm the Commissioner's decision denying Plaintiff's application for disability insurance benefits.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

    The Court **ADOPTS** Magistrate Judge Hubel's Findings and

2 - ORDER

Recommendation (#22).  Accordingly, the Court **AFFIRMS** the Commissioner's decision and **DISMISSES** this matter.

    IT IS SO ORDERED.

    DATED this 28th day of October, 2009.


                                    /s/ Anna J. Brown

                                    ANNA J. BROWN
                                    United States District Judge